UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>     Plaintiff  )<br>  )<br>  )<br>vs.  )<br>  )<br>Escobar-Gutierrez  )<br>  )<br>     Defendant(s)  )<br>_____ ) | CRIMINAL NO. __07MJ2392__<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Carlos Quiroz-Rivera

DATED: __12/27/07__

RECEIVED _____
          DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
       Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082