AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

VICTOR MANUEL ARREDONDO-GUZMAN (3)

**WAIVER OF INDICTMENT**

CASE NUMBER: _07 cr 3466-W_

I, VICTOR MANUEL ARREDONDO-GUZMAN, the above-named defendant, who is accused of

committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court

on _12/27/07_ prosecution by indictment and consent that the proceeding may be by information rather

than by indictment.

_victor manuel A. G._
Defendant

_Howard Blank_
Defense Counsel

Before _Barbara L. Major_
Judicial Officer


FILED

DEC 27 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY